USDC
For DC

**FILED**
DEC - 8 2008
Clerk, U.S. District and Bankruptcy Courts

## In Forma Pauperis Affidavit

08 2130

I hereby apply for leave to proceed with this petition without prepayment of fees or costs or giving security therefor. In support of my application, I state under oath that the following facts are true:

(1) I am the petitioner in this petition and I believe that I am entitled to redress.

(2) I am unable to prepay the costs of said action, or give security therefore, because:

$8.00 in prison acct pending expending for PLRA payment to courts

(3) I have no assets or funds which could be used to prepay the fees or costs except:

NONE

(Write "none" above if you have nothing; otherwise, list your assets)

_Jabril L. Ibrahim_
(signature of petitioner)

"I declare under penalty of perjury that the statements made in the petition and in the <u>in forma pauperis</u> affidavit are true and correct."

Executed on   10-20-08
                  (Date)

_Jabril L. Ibrahim_
(signature)

IT IS NO LONGER NECESSARY TO HAVE YOUR PETITION NOTARIZED.

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ —0— on account to his credit at the penal institution where he is confined. I further certify that the petitioner likewise has the following securities to his credit according to the records of said penal institution:

USP Terre Haute, Indiana

**RECEIVED**
OCT 23 2008
Clerk, U.S. District and Bankruptcy Courts

_B. Stewart, Correctional Counselor_
AUTHORIZED OFFICER OF PENAL INSTITUTION

6



## All Transactions

| | |
|---|---|
| Inmate Reg #: | 08587007 |
| Inmate Name: | IBRAHIM, JIBRIL |
| Report Date: | 10/06/2008 |
| Report Time: | 1:32:35 PM |

| | |
|---|---|
| Current Institution: | Terre Haute FCI |
| Housing Unit: | THP-D-A |
| Living Quarters: | D01-221L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/6/2008 9:18:00 AM | PLRA Payment | ($3.21) | | 104 | $4.50 |
| 10/6/2008 7:32:23 AM | PLRA Payment | $7.60 | 8-V | | $7.71 |
| 10/1/2008 8:00:44 AM | Phone Withdrawal | ($10.00) | TFN1001 | | $0.11 |
| 10/1/2008 12:10:30 AM | PLRA Payment | ($7.60) | ALPD0073 | 8 | $10.11 |
| 10/1/2008 12:10:30 AM | PLRA Payment | ($7.60) | ALPD0031 | 7 | $17.71 |
| 10/1/2008 12:10:30 AM | PLRA Payment | ($7.60) | 4ALPD026 | 6 | $25.31 |
| 10/1/2008 12:10:30 AM | PLRA Payment | ($5.20) | 5ALPD115 | 5 | $32.91 |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $3.60 | HTHAD034 - 3866 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $3.60 | 5ALPD115 - 3865 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $3.60 | 4ALPD026 - 3864 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $3.60 | ALPD0031 - 3863 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $3.60 | ALPD0073 - 3862 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $4.00 | HTHAD034 - 3818 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $4.00 | 5ALPD115 - 3817 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $4.00 | 4ALPD026 - 3816 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $4.00 | ALPD0031 - 3815 | | |
| 10/1/2008 12:10:30 AM | Debt Encumbrance - Released | $4.00 | ALPD0073 - 3814 | | |
| 9/8/2008 6:07:45 AM | Debt Encumbrance | ($3.60) | HTHAD034 - 3866 | | |
| 9/8/2008 6:07:45 AM | Debt Encumbrance | ($3.60) | 5ALPD115 - 3865 | | |
| 9/8/2008 6:07:45 AM | Debt Encumbrance | ($3.60) | 4ALPD026 - 3864 | | |
| 9/8/2008 6:07:45 AM | Debt Encumbrance | ($3.60) | ALPD0031 - 3863 | | |
| 9/8/2008 6:07:45 AM | Debt Encumbrance | ($3.60) | ALPD0073 - 3862 | | |
| 9/8/2008 6:07:45 AM | Payroll - IPP | $18.00 | HIPP0808 | | $38.11 |
| 9/7/2008 12:09:09 AM | Debt Encumbrance | ($4.00) | HTHAD034 - 3818 | | |
| 9/7/2008 12:09:09 AM | Debt Encumbrance | ($4.00) | 5ALPD115 - 3817 | | |
| 9/7/2008 12:09:09 AM | Debt Encumbrance | ($4.00) | 4ALPD026 - 3816 | | |
| 9/7/2008 12:09:09 AM | Debt Encumbrance | ($4.00) | ALPD0031 - 3815 | | |
| 9/7/2008 12:09:09 AM | Debt Encumbrance | ($4.00) | ALPD0073 - 3814 | | |
| 9/1/2008 7:22:20 AM | Phone Withdrawal | ($10.00) | TFN0901 | | $20.11 |
| 9/1/2008 12:10:52 AM | PLRA Payment | ($0.53) | ALPD0042 | 4934 | $30.11 |
| 9/1/2008 12:10:52 AM | PLRA Payment | ($4.60) | ALPD0073 | 4933 | $30.64 |
| 9/1/2008 12:10:52 AM | PLRA Payment | ($4.60) | ALPD0031 | 4932 | $35.24 |
| 9/1/2008 12:10:52 AM | PLRA Payment | ($3.31) | 4ALPD026 | 4931 | $39.84 |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.04 | HTHAD058 - 3711 | | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.76 | HTHAD034 - 3710 | | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.76 | 5ALPD115 - 3709 | | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.76 | 4ALPD026 - 3708 | | |
| | | | ALPD0031 | | |

| Date | Transaction | Amount | Reference | Balance |
|---|---|---|---|---|
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.76 | - 3707 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.76 | ALPD0073 - 3706 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $3.31 | HTHAD034 - 3656 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $3.84 | 5ALPD115 - 3655 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $3.84 | 4ALPD026 - 3654 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $3.84 | ALPD0031 - 3653 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $3.84 | ALPD0073 - 3652 | |
| 9/1/2008 12:10:52 AM | Debt Encumbrance - Released | $0.53 | ALPD0042 - 3651 | |
| 8/24/2008 5:31:52 AM | Lockbox - CD | $20.00 | 70115302 | $43.15 |
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.04) | HTHAD058 - 3711 | |
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.76) | HTHAD034 - 3710 | |
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.76) | 5ALPD115 - 3709 | |
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.76) | 4ALPD026 - 3708 | |

1 2 3 4

## All Transactions

🖨 PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 08587007 | **Current Institution:** | Terre Haute FCI | |
| **Inmate Name:** | IBRAHIM, JIBRIL | **Housing Unit:** | THP-D-A | |
| **Report Date:** | 10/06/2008 | **Living Quarters:** | D01-221L | |
| **Report Time:** | 1:32:47 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.76) | ALPD0031 - 3707 | | |
| 8/17/2008 5:27:15 AM | Debt Encumbrance | ($0.76) | ALPD0073 - 3706 | | |
| 8/17/2008 5:27:15 AM | Lockbox - CD | $3.84 | 70114802 | | $23.15 |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($3.31) | HTHAD034 - 3656 | | |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($3.84) | 5ALPD115 - 3655 | | |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($3.84) | 4ALPD026 - 3654 | | |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($3.84) | ALPD0031 - 3653 | | |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($3.84) | ALPD0073 - 3652 | | |
| 8/8/2008 5:55:45 AM | Debt Encumbrance | ($0.53) | ALPD0042 - 3651 | | |
| 8/8/2008 5:55:45 AM | Payroll - IPP | $19.20 | HIPP0708 | | $19.31 |
| 8/1/2008 11:56:02 AM | Phone Withdrawal | ($10.00) | TFN0801 | | $0.11 |
| 8/1/2008 12:10:31 AM | PLRA Payment | ($3.84) | ALPD0042 | 4472 | $10.11 |
| 8/1/2008 12:10:31 AM | PLRA Payment | ($3.84) | ALPD0073 | 4471 | $13.95 |
| 8/1/2008 12:10:31 AM | PLRA Payment | ($1.52) | ALPD0031 | 4470 | $17.79 |
| 8/1/2008 12:10:31 AM | Debt Encumbrance - Released | $3.84 | 5ALPD115 - 3371 | | |
| 8/1/2008 12:10:31 AM | Debt Encumbrance - Released | $3.84 | 4ALPD026 - 3370 | | |
| 8/1/2008 12:10:31 AM | Debt Encumbrance - Released | $3.84 | ALPD0031 - 3369 | | |
| 8/1/2008 12:10:31 AM | Debt Encumbrance - Released | $3.84 | ALPD0073 - 3368 | | |
| 8/1/2008 12:10:31 AM | Debt Encumbrance - Released | $3.84 | ALPD0042 - 3367 | | |
| 7/8/2008 6:00:32 AM | Debt Encumbrance | ($3.84) | 5ALPD115 - 3371 | | |
| 7/8/2008 6:00:32 AM | Debt Encumbrance | ($3.84) | 4ALPD026 - 3370 | | |
| 7/8/2008 6:00:32 AM | Debt Encumbrance | ($3.84) | ALPD0031 - 3369 | | |
| 7/8/2008 6:00:32 AM | Debt Encumbrance | ($3.84) | ALPD0073 - 3368 | | |
| 7/8/2008 6:00:32 AM | Debt Encumbrance | ($3.84) | ALPD0042 - 3367 | | |
| 7/8/2008 6:00:32 AM | Payroll - IPP | $19.20 | HIPP0608 | | $19.31 |
| 7/1/2008 3:12:56 PM | Phone Withdrawal | ($10.00) | TFN0701 | | $0.11 |
| 7/1/2008 12:10:54 AM | PLRA Payment | ($4.44) | ALPD0042 | 3987 | $10.11 |
| 7/1/2008 12:10:54 AM | PLRA Payment | ($4.44) | ALPD0073 | 3986 | $14.55 |
| 7/1/2008 12:10:54 AM | PLRA Payment | ($3.32) | ALPD0031 | 3985 | $18.99 |
| 7/1/2008 12:10:54 AM | Debt Encumbrance - Released | $4.44 | 5ALPD115 - 3105 | | |
| 7/1/2008 12:10:54 AM | Debt Encumbrance - Released | $4.44 | 4ALPD026 - 3104 | | |
| 7/1/2008 12:10:54 AM | Debt Encumbrance - Released | $4.44 | ALPD0031 - 3103 | | |
| 7/1/2008 12:10:54 AM | Debt Encumbrance - Released | $4.44 | ALPD0073 - 3102 | | |
| 7/1/2008 12:10:54 AM | Debt Encumbrance - Released | $4.44 | ALPD0042 - 3101 | | |
| 6/9/2008 6:57:32 AM | Debt Encumbrance | ($4.44) | 5ALPD115 - 3105 | | |
| 6/9/2008 6:57:32 AM | Debt Encumbrance | ($4.44) | 4ALPD026 - 3104 | | |
| | | | ALPD0031 | | |

| Date | Description | Amount | Reference | | |
|---|---|---|---|---|---|
| 6/9/2008 6:57:32 AM | Debt Encumbrance | ($4.44) | - 3103 | | |
| 6/9/2008 6:57:32 AM | Debt Encumbrance | ($4.44) | ALPD0073 - 3102 | | |
| 6/9/2008 6:57:32 AM | Debt Encumbrance | ($4.44) | ALPD0042 - 3101 | | |
| 6/9/2008 6:57:32 AM | Payroll - IPP | $22.20 | HIPP0508 | | $22.31 |
| 6/2/2008 2:10:37 PM | Phone Withdrawal | ($10.00) | TFN0602 | | $0.11 |
| 6/1/2008 12:10:34 AM | PLRA Payment | ($4.32) | ALPD0042 | 3531 | $10.11 |
| 6/1/2008 12:10:34 AM | PLRA Payment | ($4.32) | ALPD0073 | 3530 | $14.43 |
| 6/1/2008 12:10:34 AM | PLRA Payment | ($2.96) | ALPD0031 | 3529 | $18.75 |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $0.72 | 5ALPD115 - 2815 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $0.72 | 4ALPD026 - 2814 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $0.72 | ALPD0031 - 2813 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $0.72 | ALPD0073 - 2812 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $0.72 | ALPD0042 - 2811 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $3.60 | 5ALPD115 - 2704 | | |

1 2 3 4

## All Transactions



| Inmate Reg #: | 08587007 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | IBRAHIM, JIBRIL | Housing Unit: | THP-D-A |
| Report Date: | 10/06/2008 | Living Quarters: | D01-221L |
| Report Time: | 1:32:56 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $3.60 | 4ALPD026 - 2703 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $3.60 | ALPD0031 - 2702 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $3.60 | ALPD0073 - 2701 | | |
| 6/1/2008 12:10:34 AM | Debt Encumbrance - Released | $3.60 | ALPD0042 - 2700 | | |
| 5/19/2008 5:31:50 AM | Debt Encumbrance | ($0.72) | 5ALPD115 - 2815 | | |
| 5/19/2008 5:31:50 AM | Debt Encumbrance | ($0.72) | 4ALPD026 - 2814 | | |
| 5/19/2008 5:31:50 AM | Debt Encumbrance | ($0.72) | ALPD0031 - 2813 | | |
| 5/19/2008 5:31:50 AM | Debt Encumbrance | ($0.72) | ALPD0073 - 2812 | | |
| 5/19/2008 5:31:50 AM | Debt Encumbrance | ($0.72) | ALPD0042 - 2811 | | |
| 5/19/2008 5:31:50 AM | Lockbox - CD | $3.60 | 70108503 | | $21.71 |
| 5/8/2008 6:18:21 AM | Debt Encumbrance | ($3.60) | 5ALPD115 - 2704 | | |
| 5/8/2008 6:18:21 AM | Debt Encumbrance | ($3.60) | 4ALPD026 - 2703 | | |
| 5/8/2008 6:18:21 AM | Debt Encumbrance | ($3.60) | ALPD0031 - 2702 | | |
| 5/8/2008 6:18:21 AM | Debt Encumbrance | ($3.60) | ALPD0073 - 2701 | | |
| 5/8/2008 6:18:21 AM | Debt Encumbrance | ($3.60) | ALPD0042 - 2700 | | |
| 5/8/2008 6:18:21 AM | Payroll - IPP | $18.00 | HIPP0408 | | $18.11 |
| 5/1/2008 7:38:57 AM | Phone Withdrawal | ($10.00) | TFN0501 | | $0.11 |
| 5/1/2008 12:10:51 AM | PLRA Payment | ($3.60) | ALPD0042 | 3047 | $10.11 |
| 5/1/2008 12:10:51 AM | PLRA Payment | ($3.60) | ALPD0073 | 3046 | $13.71 |
| 5/1/2008 12:10:51 AM | PLRA Payment | ($0.80) | ALPD0031 | 3045 | $17.31 |
| 5/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | 5ALPD115 - 2312 | | |
| 5/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | 4ALPD026 - 2311 | | |
| 5/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0031 - 2310 | | |
| 5/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0073 - 2309 | | |
| 5/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0042 - 2308 | | |
| 4/8/2008 6:17:08 AM | Debt Encumbrance | ($3.60) | 5ALPD115 - 2312 | | |
| 4/8/2008 6:17:08 AM | Debt Encumbrance | ($3.60) | 4ALPD026 - 2311 | | |
| 4/8/2008 6:17:08 AM | Debt Encumbrance | ($3.60) | ALPD0031 - 2310 | | |
| 4/8/2008 6:17:08 AM | Debt Encumbrance | ($3.60) | ALPD0073 - 2309 | | |
| 4/8/2008 6:17:08 AM | Debt Encumbrance | ($3.60) | ALPD0042 - 2308 | | |
| 4/8/2008 6:17:08 AM | Payroll - IPP | $18.00 | HIPP0308 | | $18.11 |
| 4/1/2008 9:06:05 PM | Phone Withdrawal | ($10.00) | TFN0401 | | $0.11 |
| 4/1/2008 12:10:51 AM | PLRA Payment | ($3.60) | ALPD0042 | 2513 | $10.11 |
| 4/1/2008 12:10:51 AM | PLRA Payment | ($3.60) | ALPD0073 | 2512 | $13.71 |
| 4/1/2008 12:10:51 AM | PLRA Payment | ($0.80) | ALPD0031 | 2511 | $17.31 |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | 5ALPD115 - 1949 | | |
| | | | 4ALPD026 | | |

| Date | Description | Amount | Reference | | Balance |
|---|---|---|---|---|---|
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | - 1948 | | |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0031 - 1947 | | |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0073 - 1946 | | |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.60 | ALPD0042 - 1945 | | |
| 3/7/2008 6:47:26 AM | Debt Encumbrance | ($3.60) | 5ALPD115 - 1949 | | |
| 3/7/2008 6:47:26 AM | Debt Encumbrance | ($3.60) | 4ALPD026 - 1948 | | |
| 3/7/2008 6:47:26 AM | Debt Encumbrance | ($3.60) | ALPD0031 - 1947 | | |
| 3/7/2008 6:47:26 AM | Debt Encumbrance | ($3.60) | ALPD0073 - 1946 | | |
| 3/7/2008 6:47:26 AM | Debt Encumbrance | ($3.60) | ALPD0042 - 1945 | | |
| 3/7/2008 6:47:26 AM | Payroll - IPP | $18.00 | HIPP0208 | | $18.11 |
| 3/1/2008 11:17:55 AM | Phone Withdrawal | ($10.00) | TFN0301 | | $0.11 |
| 3/1/2008 12:10:37 AM | PLRA Payment | ($3.60) | ALPD0042 | 2059 | $10.11 |
| 3/1/2008 12:10:37 AM | PLRA Payment | ($3.60) | ALPD0073 | 2058 | $13.71 |
| 3/1/2008 12:10:37 AM | PLRA Payment | ($0.80) | ALPD0031 | 2057 | $17.31 |

1 2 3 4

## All Transactions

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08587007 | Current Institution: | Terre Haute FCI |
| Inmate Name: | IBRAHIM, JIBRIL | Housing Unit: | THP-D-A |
| Report Date: | 10/06/2008 | Living Quarters: | D01-221L |
| Report Time: | 1:33:05 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.60 | 5ALPD115 - 1542 | | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.60 | 4ALPD026 - 1541 | | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.60 | ALPD0031 - 1540 | | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.60 | ALPD0073 - 1539 | | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.60 | ALPD0042 - 1538 | | |
| 2/8/2008 5:58:11 AM | Debt Encumbrance | ($3.60) | 5ALPD115 - 1542 | | |
| 2/8/2008 5:58:11 AM | Debt Encumbrance | ($3.60) | 4ALPD026 - 1541 | | |
| 2/8/2008 5:58:11 AM | Debt Encumbrance | ($3.60) | ALPD0031 - 1540 | | |
| 2/8/2008 5:58:11 AM | Debt Encumbrance | ($3.60) | ALPD0073 - 1539 | | |
| 2/8/2008 5:58:11 AM | Debt Encumbrance | ($3.60) | ALPD0042 - 1538 | | |
| 2/8/2008 5:58:11 AM | Payroll - IPP | $18.00 | HIPP0108 | | $18.11 |
| 2/2/2008 3:35:22 PM | Phone Withdrawal | ($10.00) | TFN0202 | | $0.11 |
| 2/1/2008 12:10:50 AM | PLRA Payment | ($2.88) | ALPD0042 | 1632 | $10.11 |
| 2/1/2008 12:10:50 AM | PLRA Payment | ($1.52) | ALPD0073 | 1631 | $12.99 |
| 2/1/2008 12:10:50 AM | Debt Encumbrance - Released | $2.88 | 5ALPD115 - 1147 | | |
| 2/1/2008 12:10:50 AM | Debt Encumbrance - Released | $2.88 | 4ALPD026 - 1146 | | |
| 2/1/2008 12:10:50 AM | Debt Encumbrance - Released | $2.88 | ALPD0031 - 1145 | | |
| 2/1/2008 12:10:50 AM | Debt Encumbrance - Released | $2.88 | ALPD0073 - 1144 | | |
| 2/1/2008 12:10:50 AM | Debt Encumbrance - Released | $2.88 | ALPD0042 - 1143 | | |
| 1/8/2008 6:27:37 AM | Debt Encumbrance | ($2.88) | 5ALPD115 - 1147 | | |
| 1/8/2008 6:27:37 AM | Debt Encumbrance | ($2.88) | 4ALPD026 - 1146 | | |
| 1/8/2008 6:27:37 AM | Debt Encumbrance | ($2.88) | ALPD0031 - 1145 | | |
| 1/8/2008 6:27:37 AM | Debt Encumbrance | ($2.88) | ALPD0073 - 1144 | | |
| 1/8/2008 6:27:37 AM | Debt Encumbrance | ($2.88) | ALPD0042 - 1143 | | |
| 1/8/2008 6:27:37 AM | Payroll - IPP | $14.40 | HIPP1207 | | $14.51 |

1 2 3 4