FILED
DEC - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIBRIL L. IBRAHIM,
a.k.a. GRANT ANDERSON,

    Petitioner,

v.     Civil Action No. 08 2130

UNITED STATES OF AMERICA, *et al.*,

    Respondents.

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's "Motion for Temporary Relief from the Injunction Imposed June 1993 Against Petitioner" is GRANTED for the limited purpose of considering the instant petition and application to proceed *in forma pauperis*; and it is

FURTHER ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ *signature*
United States District Judge

Date: 11/6/08