United States District Court
For The District of Columbia

Jibril A. Ibrahim
AKA Grant Anderson
   Petitioner

v.

United States of America, et al.
   Respondents

Civil Action No. 08-2130(JR)

## Notice of Appeal

Petitioner appeals the dismissal of habeas petition entered December 8, 2008, Hon. Roberts, US District Court Judge and denial of motion to terminate the June 1993 injunction in 90-2090 (LFO) pursuant to 18 USC §3626 et seq., for failure to show that 23-110 was inadequate or ineffective, to the D.C. Circuit Court of Appeals for abuse of discretion and misapplication of the proper legal standards and laws.

Jibril A. Ibrahim
P.O. Box 33
Terre Haute, In 47808

## Certificate of Service

The above was mailed by first class, postage prepaid, this 1st day of Jan., 2009, to US District Court for the District of Columbia, Wash., DC 20001 for process and filing.

Jibril A. Ibrahim
Pro-Se Petitioner

RECEIVED
JAN 7 - 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT