PRAECIPE

# United States District Court
# for the District of Columbia

FILED
FEB 2 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __26__ day of __Feb.__ 19 __2009__

| | |
|---|---|
| Jibril L. Ibrahim | |
| vs. | Civil / Criminal Action No. 08-2130 UNA |
| DISTRICT OF COLUMBIA | |

The Clerk of said Court will __take notice of plaintiff's new address below.__

Date: 2/26/09

Pro Se

BAR IDENTIFICATION NO.

Signature: Jibril L. Ibrahim

Print Name: Jibril L. Ibrahim

Address: 4238 4th ST SE #301

City: Wash,  State: DC  Zip Code: 20032

Phone Number:

## CERTIFICATE OF SERVICE

I hereby certify that I personally served the Clerk, US District Court, Wash, DC 20001, this 26th day of Feb. 2009 the above.

Jibril L. Ibrahim