UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 6 2009

Clerk, U.S. District and
Bankruptcy Courts

JIBRIL L. IBRAHIM,

    Petitioner,

v.

UNITED STATES OF AMERICA, *et al.*,

    Respondents.

Civil Action No. 08-2130 (UNA)

## NOTICE TO COURT OF APPEALS

The court of appeals has referred this matter to the district court to determine whether a certificate of appealability is warranted. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Petitioner does not meet his burden.

As a District of Columbia offender, petitioner must bring any challenge to his conviction or sentence in the Superior Court of the District of Columbia pursuant to D.C. Code § 23-110. He shows neither that reasonable jurists could debate whether his habeas petition properly was denied, nor that the issues presented merit further consideration. The Court concludes that a certificate of appealability is not warranted.

/s/ Paul
United States District Judge

Date: 7/9/09

(N)