# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 09-5052

September Term 2010

1:08-cv-02130-UNA

Filed On: December 9, 2010

Jibril L. Ibrahim, also known as Grant
Anderson,

        Appellant

    v.

United States of America, et al.,

        Appellees

**BEFORE:**    Tatel, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion for certificate of appealability; and the motion to govern future proceedings (which includes a request for summary reversal and remand), the response thereto (which includes a motion to dismiss for lack of a certificate of appealability), and the reply, it is

**ORDERED** that the request for summary reversal and remand be denied. It is

**FURTHER ORDERED**, on the court's own motion, that the motion for certificate of appealability and the motion to dismiss, be referred to a merits panel. It is

**FURTHER ORDERED**, on the court's own motion, that

        A.J. Kramer
        Federal Public Defender
        625 Indiana Avenue NW
        Suite 550
        Washington, DC 20004

a member of the Bar of this court, be appointed as *amicus curiae* to present arguments in favor of the appellant. It is

**FURTHER ORDERED** that, while not otherwise limited, the parties and *amicus*

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-5052**                                    **September Term 2010**

are directed to address in their briefs the effect, if any, of the court's decision in
Williams v. Martinez, 586 F.3d 995, 1002 (D.C. Cir. 2009), cert. denied, 2010 WL
604310 (U.S. Mar. 29, 2010) (09-9114). Specifically, the parties and *amicus* should
discuss whether the reasoning of Williams v. Martinez applies to claims raised pursuant
to the Innocence Protection Act of 2001, D.C. Code §§ 22-4131 et seq.; and if so,
whether that exception applies in this case.

  The Clerk is directed to enter a briefing schedule and to calendar this case for
oral argument.


## Per Curiam


        **FOR THE COURT:**
        Mark J. Langer, Clerk

     BY:    /s/
        MaryAnne Lister
        Deputy Clerk/LD